UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GIDDENS,

Plaintiff,

v.

SOLANO COUNTY, et al.,

Defendants.

No. 2:19-cv-0019-KJM-EFB PS

ORDER

On February 19, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

/////

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed February 19, 2020, are ADOPTED;
2. Defendants' motion to dismiss (ECF No. 38) is granted, and plaintiff's First Amendment Retaliation and Equal Protection claims are dismissed with leave to amend;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, although they may be re-pled in any amended complaint; and
4. Plaintiff is granted 30 days from the date of service of this order to file an amended complaint.

DATED: March 11, 2020.

CHIEF UNITED STATES DISTRICT JUDGE